**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                                Case No. 3:10cr30/MCR

**ROBERT E. BOURLIER,**

      **Defendant.**
_____/

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

      Based on the jury's verdict of not guilty as to this defendant on Counts Five, Eight, and Fifty-One following a trial on May 24, 2011, the defendant ROBERT E. BOURLIER is hereby ADJUDGED NOT GUILTY of the charges in Counts Five, Eight and Fifty-One and these charges are hereby DISMISSED.   A mistrial is declared as to Counts Two, Thirty-One, Thirty-Three, and Sixty-Five.

      **DONE and ORDERED** at Pensacola, Florida, this 25th day of May, 2011.


                                                         *s/ M. Casey Rodgers*
                                                         **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**