IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                  Case No. 3:10cr30/MCR

**ROBERT E. BOURLIER**
_____/

**FINAL ORDER OF SUBSTITUTE FORFEITURE**
 **AS TO ALL PERSONS AND ENTITIES**

WHEREAS, on or about April 7, 2013, the United States of America, by and through the United States Attorney for the Northern District of Florida, filed a Motion and Memorandum to Forfeit Substitute Property pursuant to Federal Rules of Criminal Procedure, Rule 32.2(e) and Title 21, United States Code, Section 853(p).  (Doc. 421).  In its motion, the government moved for an Order forfeiting certain property as substitute assets of defendant Robert E. Bourlier, identified in Exhibit A to its motion, to satisfy the $32,562.30 in restitution, the $500,000 monetary forfeiture judgment, and the $13,627.29 special monetary assessment due and owing.   (Doc. 421-1);

AND WHEREAS, in consideration of the motion, the memorandum in support thereof, and the entire record in this matter, the Court finds as follows:

WHEREAS, on or about May 24, 2011, defendant Robert E. Bourlier was found guilty of 143 of the counts charged in the Indictment in this case.   (Docs. 3 & 288);

AND WHEREAS, on or about October 5, 2011, the government filed a Motion for Entry of Preliminary Order of Forfeiture seeking forfeiture of certain property (as facilitating or proceeds).  (Doc. 315).  The government also notified the Court that it intended to seek a monetary judgment against the defendant. (Doc. 315);

AND WHEREAS, on or about October 12, 2011, the defendant was sentenced to 360 months imprisonment, followed by three years supervised release, ordered to pay $32,562.30 in restitution, a $500,000 monetary judgment, and $14,300 in special monetary assessments. (Docs. 323 & 330).  As part of the defendant's sentence, the Court entered a $500,000 monetary judgment. (Docs. 323, 324 & 330);

AND WHEREAS, on or about April 7, 2013, the government filed a Motion and Memorandum to Forfeit Substitute Property seeking forfeiture of property to satisfy the outstanding financial obligations of defendant Robert E. Bourlier. (Doc. 421).  Thereafter, the Court entered an Order of Forfeiture Forfeiting Substitute Property that forfeited Robert E. Bourlier's interest in the property identified in the government's motion.   (Doc. 422).

AND WHEREAS, as a result of the Court's Order, the United States caused to be published a Notice of Forfeiture on the United States official forfeiture website, www.forfeiture.gov that advised all third parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged legal interest in the

property;

AND WHEREAS, potential claimant Victoria Bourlier received notice of the forfeiture action via certified mail;

AND WHEREAS, no claims have been filed in this action and the United States indicates that it knows of no other potential third party claimants, and the time for filing claims has expired;

AND WHEREAS, that as of today's date, the defendant owes a total of approximately $546,189.59 which consists of $32,562.30 in restitution, $500,000 on the monetary judgment, and $13,627.29 for the special monetary assessments;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.  That all right, title and interest in the below identified property:

    **A.  $136.00 in United States currency seized from Robert Bourlier;**

    **B.  2001 Chevrolet Corvette, VIN # 1G1YY32G715133696, estimated value $12,050.00;**

    **C.  Men's Submariner Rolex Watch, appraised value $7,000.00,**

    **D.  Woman's Rolex Watch, appraised value $11,100.00;**

    **E.  One stamped 14KT yellow gold lady's cast bracelet with a bright polish finish - "Pandora bracelet with 24 charms," appraised value $5,020.00;**

    **F.  One stamped 18KT yellow gold lady's combination cast and die struck ring with bright polish finish – mounting of dragon flies with green enameled background set with 22 round brilliant cut diamonds, appraised value $555.00;**

G. One stamped 14KT yellow gold lady's cast earrings with Omega clip backs with posts with a bright polish finish – Mounting has 8 channel set round cut diamonds, appraised value $490.00;

H. One not stamped, presumed to be 14KT yellow gold lady's cast ring with a bright polish finish – mounting has fifteen prong set round brilliant cut diamonds, appraised value $1,218.00;

I. One stamped 10KT yellow gold lady's cast ring with a bright polish finish – mounting has 16 channel set round brilliant cut diamonds and 1 prong set emerald cut synthetic sapphire, appraised value $405.00;

J. One stamped 14KT gold lady's cast necklace with a 3.8 millimeter lobster claw clasp with a bright polish finish – 3 Bezel set round brilliant cut diamonds and 12 bead set round brilliant cut diamonds, appraised value $2,815.00;

K. American Funds Account # 5884-3941-16 (EuroPacific Growth Fund, - Class A) CB&T Custodian for Robert Bourlier, value $2,552.41;

L. Northwestern Mutual Account # 11857723, value $ 824.65;

M. TIAA Financial Account #TIAAB7302413, value $740.72;

N. TIAA Financial Account #CREF Q730241-0, value $1,799.78;

O. Fidelity Destiny Account # 8830001268-4, C/O Boston Financial Services, value $ 1,059.66;

P. Sterne Agee & Leach, Inc. Account # 1716-7938, value $ 99.93; and

Q. State Unclaimed Funds $ 416.93.

is condemned, forfeited and vested in the United States of America.  That said property is forfeited as a substitute asset of defendant Robert E. Bourlier to satisfy the financial obligations owed by Robert E. Bourlier in this criminal case.

2. That all interest accrued on the cash and financial accounts is further forfeited to the government.

3. That no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America, and said forfeitures are now final.

4. That the United States Marshals Service and/or the Defense Criminal Investigative Service shall dispose of said property in accordance with law.

**IT IS SO ORDERED** this 5th day of November, 2014.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**