UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  3:10cr30/MCR/EMT
                3:14cv609/MCR/EMT

ROBERT E. BOURLIER
_____/

### O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 6, 2014. (Doc. 454). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 451) is **SUMMARILY DENIED and DISMISSED** as untimely.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 1st day of December, 2014.

                               *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**