## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CASE NO. 3:10cr30/MCR**

**ROBERT E. BOURLIER**

_____/

### WRIT OF EXECUTION

On or about October 12, 2011, this Court issued a restitution judgment against defendant Robert E. Bourlier, in the above entitled and numbered case in the Northern District of Florida, for a total of approximately $35,562.30 and $14,300 n special monetary assessments.  ECF No. 330.  As of today's date, the sum due on said restitution judgment is approximately $32,562.30, and the special monetary assessment has expired and is therefore no longer due and payable.

Defendant debtor's name and last known address is Robert E. Bourlier, #07366-017, FCI Butner, Post Office Box 1500, Butner, North Carolina 27509

On or about November 12, 2016, the government filed a Petition for Writ of Execution, seeking a Writ against **a pair of Stamped 14KT yellow gold lady's cast earrings and friction post with a bright polish finish – three bezel set round**

**brilliant cut diamonds and twelve bead set round brilliant cut diamonds**.  ECF No. 502.

IN CONSIDERATION of the government's Petition for Writ of Execution and finding good cause therein,

IT IS HEREBY ORDERED that the United States Marshal shall without delay levy property of the defendant Robert E. Bourlier, said property being:  **a pair of Stamped 14KT yellow gold lady's cast earrings and friction post with a bright polish finish – three bezel set round brilliant cut diamonds and twelve bead set round brilliant cut diamonds.**

IT IS FURTHER ORDERED that the United States Marshal may recover his costs.

IT IS FURTHER ORDERED that the United States Marshal shall record the hour and date this Writ was received and make a return of this Writ within ninety days of issue describing the date and time of the levy, a description of the property, and action taken.  The United States Marshal shall record any costs, expenses and fees incurred.

IT IS FURTHER ORDERED that the United States Marshal and/or the United States Attorney shall serve the defendant and all persons having an interest in the property with a copy of the Petition for Writ of Execution, this Writ of Execution, and the clerk's Notice.

**DONE and ORDERED** this 15th day of November, 2016.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:10cr30/MCR

## MARSHAL'S RETURN

Date and Hour Writ received:   _____

Date and Hour Writ executed:   _____

Description of property and action taken: _____

Marshal's costs, expenses and fees: _____

Date of Return: _____

A copy of the Government's Petition, the Clerk's Notice(s) for the property seized

and the Writ(s) for the property seized were provided to: _____

EDWARD M. SPOONER
UNITED STATES MARSHAL

By:   _____
        DEPUTY U.S. MARSHAL